# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## CORRECTED JUDGMENT RENDERED
## AUGUST 21, 2014

## NO. 03-11-00516-CR

**Anthony Craig Mathis, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered on July 15, 2011. The Court's judgment dated December 18, 2013, is withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.